UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROLYN WALKER,
    Plaintiff,

v.                                      Civil Action No. 3:03CV113 (CFD)

ROBERT BURNETT, CUMBERLAND
FARMS, INC., AND ASSOCIATED
LEASING, INC.
    Defendants.

## ORDER

Pending is the Plaintiff's Motion to Remand Civil Action to Connecticut Superior Court for Lack of Subject Matter Jurisdiction [Doc. # 8]. The defendants are ordered to show cause by **January 9, 2004** at **5:00 p.m.** why the plaintiff's motion to remand should not be granted for failure to demonstrate complete diversity of citizenship between the parties. Failure to respond to this Order will result in the case being remanded to the Connecticut Superior Court.

SO ORDERED this 8th day of December 2003, at Hartford, Connecticut.



CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE