FILED

UNITED STATES DISTRICT COURT

2004 JAN -5 A 8: 3

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CAROLYN WALKER,<br>Plaintiff, | Civil Action<br>No. 3:03 CV 113(CFD) |
| V. | |
| ROBERT BURNETT<br>CUMBERLAND FARMS, INC.<br>ASSOCIATED LEASING, INC.,<br>Defendants | AT HARTFORD<br><br>DECEMBER 29, 2003 |

### DEFENDANT CUMBERLAND FARMS, INC.'S SUPPLEMENTAL BRIEF TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO REMAND SHOULD BE DENIED

Pursuant to The Honorable Christopher Droney's order dated December 8, 2003, the defendant, Cumberland Farms, Inc., hereby submits this supplemental brief to show cause why the plaintiff's motion to remand should be denied.

### ARGUMENT

In addition to the arguments contained in its objection to the plaintiff's motion to remand, dated May 27, 2003, Cumberland Farms represents as follows:

1. The plaintiff is a resident of Connecticut;

2. Cumberland Farms, Inc. is a corporation organized and existing under the laws of Delaware and has a principal place of business is Massachusetts;

3. Defendant Robert Burnett's residence is listed on the plaintiff's writ as New York. In addition, every listing in his employment file with Cumberland Farms indicates that his residence is New York;

4. Defendant, Associated Leasing, is an Indiana Corporation with offices located in California. In addition, the plaintiff's writ and the police report prepared from this incident indicates that Associated Leasing's address is in California. Also, Cumberland Farms, Inc.'s agreement with Associated Leasing indicates that Associated Leasing is an Indiana corporation with offices in California.

WHEREFORE, in light of the foregoing, complete diversity of citizenship has been established. The plaintiff resides in a different state than each defendant. As such, the plaintiff's motion to remand should be denied.

                              DEFENDANT,
                              CUMBERLAND FARMS, INC.


                              By /s/ *signature*
                              Richard A. Roberts
                              Fed Bar No. ct 07665
                              Nuzzo & Roberts, L.L.C.
                              One Town Center
                              P.O. Box 747
                              Cheshire, CT 06410
                              (203) 250-2000

## CERTIFICATION

This is to certify that on December 29, 2003, true copy of the foregoing Supplemental Memorandum in opposition to Plaintiff's Motion to Remand was mailed via first class, postage prepaid mail to:

Paul J. Ganim, Esquire
The Ganim Law Firm, PC
4666 Main Street
Bridgeport, CT  06606

Honorable Christopher F. Droney
U.S. District Court
450 Main Street
Hartford, CT  06103

_____
Richard A. Roberts

\\fp\nuzzo\wp\403000\015\brief to show cause.doc