*[Handwritten in left margin: "Denied as moot. So ordered."]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNNECTICUT

| | |
|---|---|
| CAROLYN WALKER | NO.: 303CV113(CFD) |
| PLAINTIFF, | |
| VS. | |
| ROBERT BURNETT, CUMBERLAND FARMS, INC. AND ASSOCIATED LEASING, INC. | |
| DEFENDANTS. | APRIL 11, 2003 |

### MOTION TO STAY ANY FURTHER PROCEEDINGS NUNC PROC TUNC PENDING THE COURT'S DECISION ON SUBJECT MATTER JURISDICTION

The Plaintiff in the above-referenced matter respectfully moves this Court to stay all proceedings in the above-captioned matter pending this Court's decision on the Motion to Remand on the basis that this Court lacks subject matter jurisdiction. In particular, the Plaintiff requests a stay of the filing Form 26(f).

The Plaintiff, Carolyn Walker,

By _____
Paul Ganim, Esq.
The Ganim Law Firm, P.C.
4666 Main Street
Bridgeport, Connecticut 06606
Phone: (203) 372-7772
Ct. Fed. Bar No.: 11940