UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN WALKER,<br>Plaintiff | Civil Action No.303 CV113(CFD) |
| V. | |
| ROBERT BURNETT<br>CUMBERLAND FARMS, INC.<br>ASSOCIATED LEASING, INC.,<br>Defendants | AT HARTFORD<br><br>MAY 11, 2004 |

ANSWER TO COMPLAINT

The defendants, ROBERT BURNETT, CUMBERLAND FARMS, INC. and ASSOCIATED LEASING, INC., hereby answer the plaintiff's Complaint dated December 17, 2002 as follows:

1. As to paragraph 1, the defendants have insufficient knowledge upon which to form a belief and, therefore, leave the plaintiff to her proof.

2. As to paragraph 2, the defendants admit that Robert Burnett was operating a vehicle leased by Cumberland Farms traveling west on Noble Avenue when he attempted to make a left turn. The defendants further admit that the Burnett vehicle thereafter had contact with the plaintiff's vehicle, but deny the remainder of the paragraph.

3. As to paragraph 3, the defendants admit that Burnett had permission to use the vehicle from Cumberland Farms.

4-5.     Paragraphs 4 and 5 are denied.

6-10.    As to paragraphs 6 through 10, the defendants have insufficient knowledge upon which to form a belief and, therefore, leave the plaintiff to her proof.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

If the plaintiff suffered injuries and losses as alleged, which is denied, said injuries and losses were caused in whole or in part by her own negligence in that she:

a.   failed to keep a reasonable and proper lookout;

b.   operated her vehicle at a high rate of speed without due regard for the conditions then and there existing;

c.   failed to pay attention;

d.   failed to sound her horn;

e.   failed to make a reasonable and proper use of her faculties.

THE DEFENDANTS

By _____
   Richard A. Roberts
   Federal Bar No: ct 07665
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, Connecticut 06410
   (203) 250-2000

2

## CERTIFICATION

I hereby certify that on May 11, 2004, the foregoing Answer was mailed, postage prepaid, to:

Paul J. Ganim, Esq.
Ganim Law Firm, PC
4666 Main Street
Bridgeport, CT 06606

and a bench copy to:

Honorable Christopher F. Droney
U.S. District Court
450 Main Street
Hartford, CT 06103

        Richard A. Roberts
        Federal Bar No: ct 07665
        NUZZO & ROBERTS, L.L.C.
        One Town Center
        P.O. Box 747
        Cheshire, Connecticut 06410
        (203) 250-2000

\\fp\nuzzo\wp\403000\015\Answer.doc