UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 OCT 13 P 1: 33  U.S. DISTRICT COURT HARTFORD, CT.

CAROLYN WALKER,  
Plaintiff

Civil Action No. 303 CV113(CFD)

V.

ROBERT BURNETT  
CUMBERLAND FARMS, INC.  
ASSOCIATED LEASING, INC.,  
Defendants

SEPTEMBER 9, 2004

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed R. Civ. Pro 26(f), a meeting was held on <u>September 9, 2004</u> between Paul Ganim for plaintiff, and Robert J. Johnson for defendant.

2. Pre-discovery Disclosures.

The parties will exchange by <u>9/30/04</u> the information required by FRCP 26(a).

3. Discovery Plan.

The parties jointly propose to the court the following discovery plan.

Discovery will be needed on the following subjects:

    a. the nature and extent of the defendant's alleged negligence;  
    b. the nature and extent of the plaintiff's claimed damages;  
    c. the nature and extent of the plaintiff's comparative negligence.

All discovery commenced in time will be completed by <u>December 30, 2004</u>.

The parties will serve a maximum of 75 interrogatories and 50 production requests on each other, with responses to be served within sixty days of service of any set of such interrogatories or production requests.

The parties will serve a maximum of 50 requests for admissions on each other, with responses to be served within sixty days of service of any such set of requests for admissions.

The plaintiff will take a maximum of 4 depositions and the defendant will take a maximum of 4 depositions. Each deposition other than the plaintiff's will be limited to a maximum of 4 hours unless extended by agreement of the parties.

Reports from retained experts of plaintiff will be filed by within 90 days prior to trial.

Reports from retained experts of defendant will be filed by within 90 days prior to trial.

Supplementations under Rule 26(e) will be due within 120 days prior to trial.

4.  Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in February 2005.

The plaintiff should be allowed until September 30, 2004 to join additional parties and amend the pleadings.

The defendant should be allowed until <u>September 30, 2004</u> to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by <u>December 1, 2004</u>.

Settlement cannot be evaluated prior to the completion of written discovery and the plaintiff's deposition.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff and defendants <u>15 days prior to trial</u>.

Parties should have <u>5</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by <u>June 30, 2005</u> and at this time is expected to take approximately <u>1 week</u>.

Dated: 9-27-04

Plaintiff:

By_____
Paul Ganim, Esq.
Fed Bar no. ct11940
The Ganim Law Firm, P.C.
4666 Main Street
Bridgeport, CT 06606

Defendant:

By_____
Richard A. Roberts, Esq.
Fed Bar no ct 07665
Nuzzo & Roberts, LLC
P.O. Box 747
Cheshire, CT 06410

\\fp\nuzzo\wp\403000\015\plan report.doc