UNITED STATES DISTRICT COURT

<u>DISTRICT OF CONNECTICUT</u>

CAROLYN WALKER,             Civil Action No.303 CV113(CFD)
Plaintiff

V.

ROBERT BURNETT
CUMBERLAND FARMS, INC.
ASSOCIATED LEASING, INC.,
Defendants             SEPTEMBER 9, 2004

## REPORT OF PARTIES' PLANNING MEETING

1.     Pursuant to Fed R. Civ. Pro 26(f), a meeting was held on <u>September 9, 2004</u> between Paul Ganim for plaintiff, and Robert J. Johnson for defendant.

2.     Pre-discovery Disclosures.

The parties will exchange by <u>9/30/04</u> the information required by FRCP 26(a).

3.     Discovery Plan.

The parties jointly propose to the court the following discovery plan.

Discovery will be needed on the following subjects:

- the nature and extent of the defendant's alleged negligence;
- the nature and extent of the plaintiff's claimed damages;
- the nature and extent of the plaintiff's comparative negligence.

All discovery commenced in time will be completed by <u>December 30, 2004</u>.

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT