UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN WALKER,<br>Plaintiff | CIVIL ACTION NO. 303 CV113(CFD) |
| V. | |
| ROBERT BURNETT<br>CUMBERLAND FARMS, INC.<br>ASSOCIATED LEASING, INC.,<br>Defendants | AT HARTFORD<br><br>FEBRUARY 24, 2005 |

MOTION FOR CONTINUANCE
OF SETTLEMENT CONFERENCE

The defendants, Robert Burnett, Cumberland Farms, Inc., and Associated Leasing, Inc., hereby respectfully move this Court for a continuance of the settlement conference scheduled for March 2, 2005, on the following basis:

1. This action was removed from the state court to the federal district court in January, 2003.

2. The plaintiff moved to remand, the defendants objected, and the plaintiff's motion was denied in April, 2004.

3. There was a delay in conferring upon and submitting a Section 26(f) report and the report was not submitted until September, 2004.

4. Thereafter, written discovery commenced.

5. Discovery indicates that the plaintiff has a history of significant injuries and treatment, and some of the injury claims she makes in the instant case are the same as or similar to those claimed for a 1994 work injury.

6. Defendants noticed the plaintiff's deposition in January, 2005 but the deposition did not go forward at the request of plaintiff's counsel.

7. Defense counsel has not had the opportunity to depose the plaintiff on her medical claims, work history and background.

8. Defense counsel may, depending on such testimony, choose to undertake an independent medical examination of the plaintiff.

9. Without the further discovery set forth above, a settlement conference is not at all likely to be productive and its postponement would serve the interest of judicial economy.

10. Plaintiff's counsel, Joseph Ganim, agrees that under the circumstances the settlement conference of March 2 should be postponed and re-scheduled for a date after July 1.

11.     This is the first request to postpone a settlement conference in this matter.

                                      DEFENDANTS,
                                      Robert Burnett
                                      Cumberland Farms, Inc.
                                      Associated Leasing, Inc.,

By _____
      Richard A. Roberts
      Fed Bar No. ct 07665
      Nuzzo & Roberts, LLC
      One Town Center
      P.O. Box 747
      Cheshire, CT 06410
      (203) 250-2000
      (203) 250-3131 fax

I hereby certify that on February 24, 2005, a true copy of the foregoing Motion for Continuance of Settlement Conference was mailed via first class, postage prepaid mail, and provided via facsimile, to:

Paul J. Ganim, Esq.
Ganim Law Firm, PC
4666 Main Street
Bridgeport, CT 06606

_____
Richard A. Roberts

\\fp\nuzzo\wp\403000\015\mot cont sett conf.doc