UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN WALKER,<br>Plaintiff | CIVIL ACTION NO. 303 CV113(CFD) |
| V. | |
| ROBERT BURNETT<br>CUMBERLAND FARMS, INC.<br>ASSOCIATED LEASING, INC.,<br>Defendants | AT HARTFORD<br><br>FEBRUARY 24, 2005 |

MOTION FOR CONTINUANCE
OF SETTLEMENT CONFERENCE

The defendants, Robert Burnett, Cumberland Farms, Inc., and Associated Leasing, Inc., hereby respectfully move this Court for a continuance of the settlement conference scheduled for March 2, 2005, on the following basis:

1. This action was removed from the state court to the federal district court in January, 2003.

2. The plaintiff moved to remand, the defendants objected, and the plaintiff's motion was denied in April, 2004.

3. There was a delay in conferring upon and submitting a Section 26(f) report and the report was not submitted until September, 2004.

4. Thereafter, written discovery commenced.