UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN WALKER,<br>Plaintiff | Civil Action No.303 CV113(CFD) |
| V. | |
| ROBERT BURNETT<br>CUMBERLAND FARMS, INC.<br>ASSOCIATED LEASING, INC.,<br>Defendants | AT HARTFORD<br><br>APRIL 11, 2005 |

DISCLOSURE OF EXPERT

The defendants, Cumberland Farms, Inc., Associated Leasing, Inc. and Robert Burnett, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, hereby make the following disclosure of an expert expected to testify at the trial of this matter:

**Identity:**

Michael Luchini, M.D.
1481 Chapel Street
New Haven, CT 06511

**Subject of Testimony:**

Plaintiff's claimed injuries as set forth in her complaint and responses to interrogatories.

**Substance of Opinions:**

Dr. Luchini is expected to testify that, based on reasonable medical probability:

a) the plaintiff did not sustain an injury, or aggravation of any pre-existing injury or condition of her left shoulder as a result of the accident of May 24, 2001;

b) the plaintiff did not sustain an injury, or aggravation of any pre-existing injury or condition of her mid back as a result of the accident of May 24, 2001;

c) the plaintiff did not sustain an injury, or aggravation of any pre-existing injury or condition of her low back as a result of the accident of May 24, 2001;

d) the headaches of which the plaintiff complains pre-existed the accident of May 24, 2001 and do not result from the accident of May 24, 2001.

**Grounds for Opinions:**

Dr. Luchini's opinions are based on his education, training and experience in orthopedics, and his review of medical reports concerning the plaintiff, her complaint, her testimony before the Worker's Compensation Commissioner for the Fourth District, her interrogatory responses, and her statements and other documents related to her work injury of August 22, 1994.

Dr. Luchini' has not rendered a report. As per the requirements of Rule 26(a), Dr. Luchini will provide his bill for services in this case, a list of publications and a list of cases in which Dr. Luchini has testified in the last ten years, within sixty days.

                                    DEFENDANTS,
                                    Cumberland Farms, Inc.
                                    Associated Leasing, Inc.
                                    Robert Burnett

By _____
      Richard A. Roberts
      Fed Bar no. ct 07665
      Nuzzo & Roberts, LLC
      P.O. Box 747
      One Town Center
      Cheshire, CT 06410
      (203) 250-2000
      (203) 250-3131 fax

## CERTIFICATION

This is to certify that on April 11, 2005, a true copy of the foregoing Disclosure of Expert was mailed via first class, postage prepaid mail to:

Paul J. Ganim, Esq.
Ganim Law Firm, PC
4666 Main Street
Bridgeport, CT  06606

---

Richard A. Roberts

\\fp\nuzzo\wp\403000\015\exp dscl Luchini 4 11 05.doc