UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 FEB 21   A 11: 15

CAROLYN WALKER,                        Civil Action No.303 CV113(CFD)
Plaintiff

V.

ROBERT BURNETT                         AT HARTFORD
CUMBERLAND FARMS, INC.
ASSOCIATED LEASING, INC.,
Defendants                             DECEMBER      , 2005

## STIPULATION FOR DISMISSAL

The parties hereto stipulate that this case may be dismissed with prejudice.

PLAINTIFF,                             DEFENDANTS,

By                                     By
Paul J. Ganim, Esquire                 Richard A. Roberts, Esquire
Fed Bar no. ct 11940                   Fed Bar no. ct 07665
The Ganim Law Firm, P.C.               Nuzzo & Roberts, LLC
4666 Main Street                       P.O. Box 747
Bridgeport, CT 06606                   Cheshire, CT 06410
(203) 372-7772                         (203) 250-2000

\\fp\nuzzo\wp\403000\015\stipulation for dismissal.doc